

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LAURIE MACKENZIE, | ) | CASE NO. 1: 17 CV 82 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge George J. Limbert. The Report and Recommendation (ECF # 16), issued on January 31, 2018, is hereby ADOPTED by this Court. Plaintiff sought review of the Commissioner's decision denying her application for Disability Insurance Benefits under 42 U.S.C. § 405(g). The Administrative Law Judge ("ALJ") found that although Plaintiff suffered from severe impairments, these impairments did not, individually or in combination, meet or equal any of the listed impairments in 20 C.F.R. Part 404, Subpart P, Appendix 1. The ALJ also found that Plaintiff's residual functional capacity allowed her to perform sedentary work, and properly relied on the vocational expert's testimony that someone with Plaintiff's ailments could perform her past relevant work. Magistrate

Limbert recommends that this Court affirm the ALJ's decision, because the ALJ's opinion was supported by substantial evidence, and that the ALJ provided sufficient reasons for not affording the treating physicians' opinions controlling weight. The Defendant has notified the Court that no objections will be filed. (ECF #17).

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety, without objection. The Commissioner's decision is AFFIRMED this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 13, 2018

DONALD C. NUGENT
United States District Judge